ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 3 0 2005

CLERK, U.S. DISTRICT COURT
By _____
   Deputy

| | |
|---|---|
| DONALD D. WILLIS et al., | § |
| Plaintiffs, | § § § |
| v. | §  Civil Action No. 3:04-CV-1271-B |
| GENERAL MOTORS CORPORATION, | § § |
| Defendant. | § § |

## ORDER ACCEPTING CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendant General Motors Corporation's motion to dismiss, or in the alternative motion for summary judgment, filed March 31, 2005. The District Court reviewed the findings of the United States Magistrate Judge *de novo*. The Court accepts the Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Motion to Dismiss is **GRANTED**. All of Plaintiffs' claims, except Plaintiff Willis's claims, are dismissed without prejudice for failure to prosecute. Plaintiff Willis's Title VII claims, ADEA claims, and § 1981 discrimination claim are dismissed with prejudice because they are time-barred. Plaintiff Willis's § 1981 retaliation and hostile work environment claims are dismissed without prejudice. ✱

SO ORDERED this 30th day of Nov., 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

✱ (Dec. 30, 2005) Plaintiff Willis has 30 days to file an amended complaint to cure the defects in his § 1981 retaliation and hostile work environment claims. Failure to timely file his amended complaint will result in a dismissal of this case with prejudice. No additional claims may be added to his case.